### GOVER v. STATE.
### No. 18026.

Court of Criminal Appeals of Texas.
March 18, 1936.

Vance Swaim, of Crowell, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the theft of a mule; penalty assessed at confinement in the penitentiary for three years.

The indictment appears regular and properly presented. The record is before us without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.